UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |
| -----------------------------------------------------X | 21-CV-9484 JPC |

FROM:  VITO GENNA, CLERK
         UNITED STATES BANKRUPTCY COURT
         SOUTHERN DISTRICT OF NEW YORK

TO:  RUBY J. KRAJICK, CLERK
       UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated              BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Amber Brooks
BANKRUPTCY DOCUMENT #: 9556

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

    __X__ FRBP 8009
    ____ Federal Rules of Civil Procedure (Rule _____)
    __X__ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
    ____ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated: **June 28, 2022**              Vito Genna, Clerk
       New York, New York            U.S. Bankruptcy Court, SDNY

                                     By: ____s/ Anatin Rouzeau____
                                            Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ____June 28____ 20_22_          _____
      New York, New York            Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____         Ruby J. Krajick , Clerk
                                                              District Court, SDNY

                                                             By: _____
                                                                         Deputy Clerk